**2006–2311. Nasal v. Dover.**
Miami App. No. 2006–CA–9, 2006-Ohio-5584. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2006–2187, *Hyle v. Porter*,

Hamilton App. No. C–050768, 2006-Ohio-5454; cause consolidated with 2006–2220, *Nasal v. Dover*, Miami App. No. 2006–CA–9, 2006-Ohio-5584; and briefing schedule stayed.